Mark L. Smith (SBN: 213829)
marsmith@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Ronald Y. Rothstein (Admitted *Pro Hac Vice*)
rrothstein@winston.com
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: 312-558-5600
Facsimile: 312-558-5700

Attorneys for Plaintiff CHRISTOPHER BOSH

FILED
CLERK, U.S. DISTRICT COURT
FEB 11 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOSH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS ZAVALA, an individual, and HOOPOLOGY.COM<br><br>Defendants. | Case No. 2:08-cv-04851-FMC-MANx<br><br>**ORDER GRANTING DEFAULT JUDGMENT**<br><br>**The Honorable Florence-Marie Cooper** |

THE COURT has reviewed the Application of Plaintiff Christopher Bosh for default judgment against Defendant Luis Zavala. The Court has considered all of the evidence submitted in connection with Bosh's Application.

More than 20 days have passed since service of the Summons and Complaint upon Zavala, and Zavala has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure. Zavala is not in military service and is not an infant or incompetent person. Bosh provided written notice to Zavala of this Application

1

[PROPOSED] ORDER RE DEFAULT JUDGMENT

consistent with Local Rule 55-2.

NOW, THEREFORE, it is ORDERED that default judgment is entered against Defendant Zavala and in favor of Plaintiff Bosh and that Bosh recover from Zavala statutory damages in the amount of $100,000.00, prejudgment interest thereon based on an annual rate of ten percent, which amounts to $27.40 a day from July 7, 2008 to the date of entry of judgment herein, attorney's fees pursuant to Local Rule 55-3 in the amount of $5,600.00, and costs in the amount of $1,420.02.

It is further ORDERED that Zavala and each of his agents, servants, employees and attorneys, and those persons in active concert or participation with Zavala are perpetually permanently enjoined and restrained:

    a.    from using the CHRIS BOSH name or any word, words, symbol, symbols, phrase or term confusingly similar thereto alone or prominently displayed in promotional material, advertisements, web pages, signs, or in any other way in connection with the advertising, distribution, offering for sale of products or services not emanating from or authorized by Plaintiff;

    b.    from displaying as part of any domain name, in labels, promotional material, advertisements, signs or in any other way the CHRIS BOSH name or any word, words, symbol, symbols, phrase or term confusingly similar thereto in connection with the sale of products or services;

    c.    from cybersquatting on the CHRIS BOSH name;

    d.    from infringing the CHRIS BOSH name;

    e.    from committing any acts of false designation of origin against Plaintiff relating to the unauthorized use of the CHRIS BOSH name;

    f.    from diluting the CHRIS BOSH name;

    g.    from interfering with or unfairly competing with Plaintiff in any manner whatsoever

2.    It is further ORDERED that Defendant Luis Zavala transfer and assign the CHRISBOSH.COM domain name to Plaintiff Christopher Bosh.

The Court shall retain jurisdiction over this action to the extent necessary to enforce and interpret the injunctive relief granted.

DATED: February 11, 2009

Florence-Marie Cooper

Honorable **Florence-Marie Cooper**
United States District Court

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543