Mark L. Smith (SBN: 213829)
marsmith@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Ronald Y. Rothstein (Admitted *Pro Hac Vice*)
rrothstein@winston.com
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: 312-558-5600
Facsimile: 312-558-5700

Attorneys for Plaintiff CHRISTOPHER BOSH

IN THE UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOSH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS ZAVALA, an individual, and HOOPOLOGY.COM<br><br>Defendants. | Case No. CV08-04851 FMC (MANx)<br><br>**DECLARATION OF MARK L. SMITH IN SUPPORT OF [PROPOSED] AMENDED ORDER**<br><br>The Honorable Florence-Marie Cooper |

I, Mark L. Smith, declare as follows:

1.  I am an attorney at law, duly licensed to practice before the courts of the State of California. I am an associate with the law firm of Winston & Strawn LLP and represent Plaintiff Christopher Bosh in this matter. In that capacity, I have first-hand knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. This Declaration is filed concurrently with the [Proposed] Amended Order Granting Default Judgment, attached hereto as Exhibit A.

3. In addition to the content of the original Order, the amendments require that the registrar, currently Rebel.com, transfer the CHRISBOSH.COM domain name to its rightful owner, Plaintiff Christopher Bosh. And, in the event that the registrar refuses to do so, the [Proposed] Amended Order requires that Verisign, Inc. effect such a transfer.

4. On February 11, 2009, the Court entered Judgment in favor of Plaintiff Christopher Bosh and against Defendant Luis Zavala, attached hereto as Exhibit B.

5. On February 23, 2009, Plaintiff received notice of the Order, attached hereto as Exhibit C.

6. The Court awarded Bosh statutory damages in the amount of $100,000.00 and injunctive relief, including ordering the transfer of the CHRISBOSH.COM domain name to Plaintiff. In the original Judgment, the Court affirmed that it "shall retain jurisdiction over this action to the extent necessary to enforce and interpret the injunctive relief granted." (Ex. A 3:1-2.)

7. The CHRISBOSH.COM domain is registered at Rebel.com, a foreign registrar in Canada.

8. Rebel.com has refused to transfer the domain name to Plaintiff on the basis that it is located in Canada and thus not subject to orders of U.S. courts.

9. The registry, Verisign will cooperate with the Court's order if specifically named. By Verisign's cooperation, Plaintiff will receive the relief originally anticipated in the Court's original judgment and order.

10. Accordingly, Plaintiff respectfully requests that the Court enter an amended judgment, as reflected in the attached [Proposed] Amended Order, that would specifically name both Rebel.com and Verisign.

11. Without such an amendment, Plaintiff will be deprived of the relief to which he is entitled under the law.

2
**DECLARATION OF MARK L. SMITH IN SUPPORT OF PROPOSED AMENDED ORDER**

1   I declare under penalty of perjury, under the laws of the State of California, that
2   the foregoing facts are true and correct.
3   Executed this 2nd day of April, 2009, at Los Angeles, California.

By: /s/ Mark L. Smith
Mark L. Smith

LA:240157.2 DECLARATION OF MARK L. SMITH IN SUPPORT OF PROPOSED AMENDED ORDER

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 South Grand Avenue, 38th Floor, Los Angeles, CA 90071-1543. On April 2, 2009, a true and correct copy of the foregoing **DECLARATION OF MARK L. SMITH IN SUPPORT OF [PROPOSED] AMENDED ORDER AND [PROPOSED] AMENDED ORDER** were filed and served via the CM/ECF e-file system upon the following:

>   Luis Zavala
>   12009 Carmenita Road
>   Whittier, CA 90605

[X] By placing the document(s) listed above in a sealed envelope, with postage thereon fully prepaid, in the United States mail to the address below:

>   Luis Zavala
>   12009 Carmenita Road
>   Whittier, CA 90605

   I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.
   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 2, 2009, at Los Angeles, California.

_/s/ Julie Contreras_
Julie Contreras

2
CERTIFICATE OF SERVICE

LA:236988.1