1  Mark L. Smith (SBN: 213829)
   marsmith@winston.com
2  **WINSTON & STRAWN LLP**
   333 South Grand Avenue, 38th Floor
3  Los Angeles, CA 90071-1543
   Telephone: 213-615-1700
4  Facsimile: 213-615-1750

5  Ronald Y. Rothstein (Admitted *Pro Hac Vice*)
   rrothstein@winston.com
6  **WINSTON & STRAWN LLP**
   35 W. Wacker Drive
7  Chicago, Illinois 60601
   Telephone: 312-558-5600
8  Facsimile: 312-558-5700

9  Attorneys for Plaintiff CHRISTOPHER BOSH

IN THE UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHRISTOPHER BOSH, an individual, | **Case No. CV08-04851 FMC (MANx)** |
|---|---|
| Plaintiff, | |
| | **CERTIFICATE OF SERVICE** |
| vs. | |
| LUIS ZAVALA, an individual, and HOOPOLOGY.COM | |
| | The Honorable Florence-Marie Cooper |
| Defendants. | |

1

**CERTIFICATE OF SERVICE**

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 South Grand Avenue, 38th Floor, Los Angeles, CA 90071-1543. On August 13, 2009, a true and correct copy of the foregoing documents described as:

1. **WRIT OF EXECUTION; and**

2. **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION RE ENFORCEMENT OF JUDGMENT /Judgment Debtor**

were filed and served via the CM/ECF e-file system upon the following:

Luis Zavala
12009 Carmenita Road
Whittier, CA 90605

[X] By placing the document(s) listed above in a sealed envelope, with postage thereon fully prepaid, in the United States mail to the address below:

Luis Zavala
12009 Carmenita Road
Whittier, CA 90605

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 13, 2009, at Los Angeles, California.

_____
Robin Salyer