UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:08-cv-04851-FMC-MANx | Date | August 14, 2009 |
|---|---|---|---|
| Title | Christopher Bosh v. Luis Zavala et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER |  |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**    ORDER re APPLICATION    (In Chambers)

Judge Cooper directs counsel to re-set the Application for Order for Appearance and Examination, filed August 13, 2009 [20] before Magistrate Judge Nagle, according to Magistrate Judge Nagle's procedures.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |