Mark L. Smith (SBN: 213829)
marsmith@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Attorneys for Plaintiff CHRISTOPHER BOSH

IN THE UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOSH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS ZAVALA, an individual<br><br>Defendant. | Case No. CV08-04851 FMC (MANx)<br><br>**DECLARATION OF MARC TRACHTENBERG IN SUPPORT OF JUDGMENT CREDITOR CHRIS BOSH'S *EX PARTE* APPLICATION FOR TURNOVER ORDER UNDER FRCP 69(a) AND CAL. CIV. PROC. CODE § 699.040(a), AND FOR INTERIM ORDER PROHIBITING THE TRANSFER OF, OR CHANGE OF REGISTRANT INFORMATION CONCERNING, THE DOMAIN NAME HOLDINGS OF JUDGMENT DEBTOR LUIS ZAVALA AND REQUIRING TURNOVER OF DOMAIN NAME HOLDINGS OF JUDGMENT DEBTOR LUIS ZAVALA**<br><br>(The Honorable Florence-Marie Cooper) |

I, Marc H. Trachtenberg, an attorney for Winston & Strawn LLP, make this declaration based on my own personal knowledge.

1. I first became aware on July 2, 2008, that a party other than our client Christopher Bosh had registered the domain name CHRISBOSH.COM.

1

**DECLARATION OF MARC H. TRACHTENBERG**

2.      I immediately checked the domain name and printed out a screenshot of the website posted on the domain name (attached as Exhibit A). The website posted on the CHRISBOSH.COM domain name was a standard pay-per-click ("PPC") parking page. These web pages are designed to look like a search engine to fool unsuspecting internet users. However, instead of producing legitimate search results, every time one of the links is clicked, the owner of the domain name is paid a click-through fee. The links are similar to "sponsored links" which appear on search engines like Google and are keyed to the terms searched on ("keywords") through programs like Google's AdWords. For example, if you searched for "shoes" on Google, whichever entity bid the highest amount through AdWords that it would pay for a user who clicks on a sponsored link to be directed to its website, gets first placement among the sponsored links. The Google AdWords program is also accessible on the back end to generate PPC links on other websites besides Google's home page. In fact, almost all of the links on PPC parking pages like the one that was posted on CHRISBOSH..COM are generated by accessing Google's AdWords program and are keyed to particular search terms.

3.      Many internet users assume that the official website for a company, brand or celebrity is located at the company, brand , or celebrity's name followed by ".com". Similarly, when internet users search for information on the internet, they frequently type in "www." followed by whatever it is they are looking for, followed by ".com". This phenomena is known as "direct navigation." As a result of this phenomena, it is increasingly common for third party bad actors, or "cybersquatters," such as Defendant, to register domain names identical, including, or confusingly similar to trademarks or celebrity names in order to drive traffic to the domain names where PPC parking pages are posted and thereby generate revenue at the expense of the trademark owner or celebrity's goodwill.

4.      I then proceeded to check the official registration information ("WhoIs") for CHRISBOSH.COM at the website of the registrar of record for the domain name,

2
**DECLARATION OF MARC H. TRACHTENBERG**

1  GoDaddy.com, Inc.  The WhoIs listed the owner of the domain name as
2  HOOPology.com, P.O. BOX 59646, Norwalk, California 90652 with an email address
3  of lmzavala@hotmail.com.  A screenshot of the WhoIs as of that date is attached as
4  Exhibit B.

5      5.    On July 7, 2008, I sent a letter by courier to the physical address listed in
6  WhoIs for CHRISBOSH.COM and by email to the email address listed in WhoIs for
7  CHRISBOSH.COM, lmzaval@hotmail.com.  This letter is attached as Exhibit C.

8      6.    The same day, I received back an email from the lmzvala@hotmail.com
9  email address stating "I have no intentions of handing over my domain.  I am not in
10 the business of giving domains away."  This email identified the owner of the
11 lmzavala@hotmail email address as Luis Zavala and he email was signed "Luis."  This
12 email is attached as Exhibit D.

13     7.    I performed an internet search for "Luis Zavala" using Google and
14 discovered a blog post by "Luis Zavala (http://www.HOOPology.com)" wherein
15 Defendant states "I have hundred's of domains and myself do Traffic monetization,
16 it's a great source of income for domains that are just parked."  A screenshot of this
17 blog post is attached as Exhibit E.

18     8.    I then performed a search for domain names registered with the
19 lmzavala@hotmail.com email address using DomainTools.com, a recognized provider
20 of domain name registration information.  The search returned 778 domain names,
21 almost all of which were identical to the names of well-known professional athletes,
22 college athletes, high school athletes, celebrities, and various other entertainment
23 properties.  A list of these domain names revealed in the search, along with a brief
24 explanation of the relevance of the name is attached as Exhibit F.

25     9.    Plaintiff Christopher Bosh filed suit against Defendant on July 24, 2008
26 under the cybersquatting provisions of the Lanham Act.

27     10.    Plaintiff responded by changing the WhoIs information and utilizing a
28 privacy service to conceal his ownership of the CHRISBOSH.COM domain name.  A

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

3

DECLARATION OF MARC H. TRACHTENBERG

printout of the official WhoIs information obtained on August 15, 2008 is attached as Exhibit G.

11. Defendant did not file an answer and Plaintiff obtained a default judgment against Defendant for statutory damages, interest, and attorney's fees in the amount of $113,020.62 and a permanent injunction ordering Defendant to immediately transfer the CHRISBOSH.COM domain name to plaintiff and permanently enjoined Defendant from committing further cybersquatting, infringement, dilution, unfair competition, or any other use of the Chris Bosh name.

12. Defendant responded by transferring the CHRISBOSH.COM domain name to Rebel.com, a domain name registrar located in Canada in violation of the Court's order in a clear attempt to circumvent the Court's authority and continue to use the CHRISBOSH.COM domain name and infringe Plaintiff's rights.

13. Plaintiff obtained a revised order form the Court directing Verisign, Inc. the official registry of all .com domain names which is located in this district, to transfer the CHRISBOSH.COM domain name to Plaintiff and Plaintiff was able to recover the domain name. However, Plaintiff has been unable to collect a single cent of the $113,020.62 in statutory damages, interest, and attorney's fees from Defendant because of difficulties in locating Defendant.

14. There is a significant risk that absent court order preventing it, Defendant will transfer, or change the WHOIS registrant information relating to his domain name holdings. This is because generally speaking, WHOIS ownership and registration information can be changed at any time by the registered owner or someone working on the registered owner's behalf. To change an ownership record - or even a series of ownership records - all a registered owner needs to do is log into their account with the independent registrar through which they processed the corresponding registration, go to their owner profile, and input new information. Registrars typically do not verify that WHOIS ownership and registration information pertains to an actual

4
**DECLARATION OF MARC H. TRACHTENBERG**

person or entity, much less to the person or entity that actually owns or controls the domain name.

    15.    The world headquarters of Verisign, the sole registry for all .com and .net domain names is located at 487 East Middlefield Road, Mountain View, CA 94043, which is located in the Northern District of California.

DATED: July 16, 2009         By: _____
                                            Marc H. Trachtenberg