Winston & Strawn LLP<br/>333 South Grand Avenue<br/>Los Angeles, CA 90071-1543

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOSH, an individual, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LUIS ZAVALA, an individual, )<br>)<br>Defendant. )<br>) | **Case No. 2:08-cv-04851-FMC-MANx**<br><br>**ORDER GRANTING JUDGMENT CREDITOR CHRIS BOSH'S *EX PARTE* APPLICATION FOR TURNOVER ORDER UNDER FRCP 69(a) AND CAL. CIV. PROC. CODE § 699.040(a) AND FOR INTERIM ORDER PROHIBITING THE TRANSFER OF, OR CHANGE OF REGISTRANT INFORMATION CONCERNING, THE DOMAIN NAME HOLDINGS OF JUDGMENT DEBTOR LUIS ZAVALA AND REQUIRING TURNOVER OF DOMAIN NAME HOLDINGS OF JUDGMENT DEBTOR LUIS ZAVALA**<br><br>**(NO HEARING REQUIRED)**<br><br>(The Honorable Florence-Marie Cooper) |

1    The Court GRANTS Judgment Creditor Christopher Bosh's ("Bosh") *Ex Parte*
2    Application for a Turnover Order Under Federal Rule of Civil Procedure 69(a) and
3    California Code of Civil Procedure § 699.040(a) and for Interim Order Prohibiting the
4    Transfer of, or Change of Registrant Information Concerning, the Domain Name
5    Holdings of Judgment Debtor Luis Zavala and Requiring Turnover of Domain Name
6    Holdings of Judgment Debtor Luis Zavala (the "Application").  The Court hereby
7    orders as follows:

8    1.    Judgment Debtor Luis Zavala ("Zavala") and each of his agents, servants,
9    employees, registrars, and attorneys, and those persons in active concert or
10   participation with Zavala shall transfer to Bosh his domain name holdings, including
11   but not limited to those holdings identified in Exhibit F of the Declaration of Marc
12   Trachtenberg in Support of the Application.

13   2.    No party shall transfer, or in any way participate or assist in the transfer,
14   or otherwise change the registrant information concerning, the domain name holdings
15   of Zavala prior to the transfer of those domain names to Bosh.  Doing so, or any effort
16   to do so, will violate this order, and the party doing so will be in contempt of this
17   Court.

18   SO ORDERED.

19
20   Date: September 21, 2009         _____
21                                     The Honorable Florence-Marie Cooper
                                       United States District Judge
22

23   Presented by:
24   Mark L. Smith (SBN: 213829)
     marsmith@winston.com
25   **WINSTON & STRAWN LLP**
     333 South Grand Avenue, 38th Floor
26   Los Angeles, CA 90071-1543
     Telephone:  213-615-1700
27   Facsimile:  213-615-1750

28   Attorneys for Plaintiff
     CHRIS BOSH

2

**[PROPOSED] ORDER GRANTING BOSH'S *EX PARTE* APPLICATION**