Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOSH, an individual, ) | **Case No. 2:08-cv-04851-FMC-MAN**x |
| ) | |
| Plaintiff, ) | **AMENDED ORDER GRANTING JUDGMENT CREDITOR CHRIS BOSH'S *EX PARTE* APPLICATION FOR TURNOVER ORDER UNDER FRCP 69(a ) AND CAL. CIV. PROC. CODE § 699 .040(a) AND FOR INTERIM ORDER PROHIBITING THE TRANSFER OF, OR CHANGE OF REGISTRANT INFORMATION CONCERNING, THE DOMAIN NAME HOLDINGS OF JUDGMENT DEBTOR LUIS ZAVALA AND REQUIRING TURNOVER OF DOMAIN NAME HOLDINGS OF JUDGMENT DEBTOR LUIS ZAVALA** |
| vs. ) | |
| ) | |
| LUIS ZAVALA, an individual, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| | (The Honorable Florence-Marie Cooper) |

The Court GRANTS Judgment Creditor Christopher Bosh's ("Bosh") *Ex Parte* Application for a Turnover Order Under Federal Rule of Civil Procedure 69(a) and California Code of Civil Procedure § 699.040(a) and for Interim Order Prohibiting the Transfer of, or Change of Registrant Information Concerning, the Domain Name Holdings of Judgment Debtor Luis Zavala and Requiring Turnover of Domain Name Holdings of Judgment Debtor Luis Zavala (the "Application"). The Court hereby orders as follows:

1. Judgment Debtor Luis Zavala ("Zavala") and any and each of his agents, servants, employees, registrars, registry, and attorneys, and those persons enabling or in active concert or participation with Zavala shall transfer to Bosh his domain name holdings, including but not limited to those holdings identified in Exhibit F of the Declaration of Marc Trachtenberg in Support of the Application. This order includes the operator of the ".com" top-level domain, Verisign, Inc., which is hereby ordered to immediately disable Zavala's domain name holdings by changing the nameserver entries to nameserver entries designated by Bosh and transfer Zavala's domain name holdings to Bosh's registrar of choice.

2. No party shall transfer, or in any way participate or assist in the transfer, or otherwise change the registrant information concerning, the domain name holdings of Zavala prior to the transfer of those domain names to Bosh. Doing so, or any effort to do so, will violate this order, and the party doing so will be in contempt of this Court.

SO ORDERED.

Date: September 24, 2009

_____
The Honorable Florence-Marie Cooper
United States District Judge

Presented by:
Mark L. Smith (SBN: 213829)
marsmith@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Attorneys for Plaintiff
CHRIS BOSH

**[PROPOSED] AMENDED ORDER GRANTING BOSH'S *EX PARTE* APPLICATION**