UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 08-4851-FMC (MANx) | Date | October 6, 2009 |
|---|---|---|---|
| Title | *Christopher Bosh v. Luis Zavala, et al.* | | |

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE | |
|---|---|---|
| E. Carson | CS | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Mark L. Smith | None Present |

**Proceedings:** Judgment Debtor Examination

The case is called. Mark L. Smith, of Winston & Strawn, LLP, appears on behalf of plaintiff. The debtor's examination of defendant Luis Zavala is not held due to his failure to appear. Mr. Zavala is, therefore, ORDERED TO SHOW CAUSE ("OSC") by appearing before the Court on **November 17, 2009, at 10:00 a.m.**, to explain why he should not be sanctioned for his failure to appear for the duly-noticed judgment debtor examination that was scheduled to proceed today. At the conclusion of the November 17 OSC hearing, the judgment debtor examination is to be conducted**.**

**Mr. Zavala is expressly cautioned that, if he fails to appear personally before the Court on November 17, 2009, at 10:00 a.m., further monetary sanctions may be assessed against him for his failure to appear.**

cc: All parties of record

Luis Zavala   (Regular Mail and Certified Mail - Return Receipt Requested)
12009 Carmenita Road
Whittier, CA 90605

|  | : | 05 |
|---|---|---|
| Initials of Preparer | | efc |